```
                                                        FILED
                                                        September 3, 2010
       UNITED STATES DISTRICT COURT FOR THE             CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA            CALIFORNIA
                                                        DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )
                               )    Case No. 2:10MJ00255-KJM-4
          Plaintiff,           )
v.                             )    ORDER FOR RELEASE OF
                               )    PERSON IN CUSTODY
JERONE BRYANT WELLS,           )
                               )
          Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JERONE BRYANT WELLS__, Case No. __2:10MJ00255-KJM-4__, Charge __21USC § 846, 841(a)(1) and 843(b)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

    ✔ Unsecured Appearance Bond $100,000.00

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)  __Pretrial conditions as stated on the record. The defendant shall be released on 9/7/10 @ 8:30 am. to the Pretrial Service Officer to be escorted to the Effort Treatment Facility.__

Issued at __Sacramento, CA__ on __September 3, 2010__ at __9:05 am__.

                       By   /s/ Gregory G. Hollows
                             Gregory G. Hollows
                             United States Magistrate Judge

Copy 5 - Court