MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorney for Defendant
Jerone Bryant Wells

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Jerone Wells, et al.,<br><br>    Defendants. | Case No.: 2:10 CR 395 LKK<br><br>STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS<br><br>JUDGE: Hon. Kendall J. Newman |

      On September 2, 2010, Jerone Bryant Wells was released from custody on conditions of release which included, inter alia, electronic monitoring. All parties agree that this condition is not now necessary. In fact, Pretrial Services by way of Daryl Walker is recommending that the electronic monitoring condition now be removed.

**STIPULATION**

      Therefore, Plaintiff, United States, and Defendant, Jerone Bryant Wells, through his undersigned counsel, hereby stipulate and agree that the Court should order that the pretrial release condition previously imposed of electronic monitoring be removed. All other previously imposed conditions of pretrial release should remain in full force and effect.

**IT IS SO STIPULATED.**

DATED: June 7, 2011                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       By /s/ Todd Leras
                                       TODD LERAS
                                       Assistant U.S. Attorney


DATED: June 7, 2011                    The CHASTAINE LAW OFFICE


                                       By /s/ Michael Chastaine
                                       MICHAEL CHASTAINE
                                       Attorney for Defendant
                                       Jerone Wells

**ORDER**

**IT IS SO ORDERED. Good Cause Appearing,** it is hereby ordered that the previously

imposed conditions of pretrial release of electronic monitoring is hereby ordered removed. All

other previously imposed conditions of pretrial release shall remain in full force and effect.

Dated: June 15, 2011

                                       _____
                                       KENDALL J. NEWMAN
                                       UNITED STATES MAGISTRATE JUDGE

2