```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-10-395 LKK |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | |
| JERONE WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court for a status conference/potential change of plea hearing on April 9, 2013, at 1:30 p.m. The United States was represented by Assistant United States Attorney Todd D. Leras. Defendant Jerone Wells was personally present and represented by Attorney Michael Chastaine.

The parties informed the Court that the government had provided a Plea Agreement proposing resolution of the matter as to Mr. Wells, but defense counsel needed additional time to review it. Mr. Chastaine requested that the status conference be continued to April 23, 2013, at 9:15 a.m., to afford him an opportunity to discuss the Plea Agreement with Mr. Wells. The

1  government had no opposition to the request.
2       Based on the representations of the parties, the Court
3  further ordered that time be excluded under 18 U.S.C.
4  § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare
5  and continuity of counsel).  The Court directed government
6  counsel to prepare a formal order.
7
8
9       **IT IS HEREBY ORDERED**:
10      1.   A status conference/potential change of plea hearing in
11 this matter is set for April 23, 2013, at 9:15 a.m.; and
12      2.   Based on the parties' representations, the Court finds
13 that the ends of justice outweigh the best interest of the public
14 and Defendant in a speedy trial.  Accordingly, time under the
15 Speedy Trial Act shall be excluded through April 23, 2013.
16      IT IS SO ORDERED
17 Date: April 11, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT